UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL CASTRELLON,

          Plaintiff,

   v.

JEFF LYNCH, et al.,

          Defendants.

No. 2:24-cv-01622-SCR (PC)

ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS

On March 26, 2026, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1.     All pending deadlines are VACATED;

2.     The parties shall file dispositional documents within **thirty (30)** days from the date of service of this order; and

3.     Plaintiff's request for assistance under the Americans with Disabilities Act, **ECF No. 30**, is DENIED for the reasons stated on the record.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1